# STATE OF MARYLAND *v.* RYON

[No. 2, September Term, 1976.]

*Decided September 17, 1976.*

The cause was argued before MURPHY, C. J., and SINGLEY, SMITH, DIGGES, LEVINE and ELDRIDGE, JJ.

*James G. Klair, Assistant Attorney General,* with whom were *Francis B. Burch, Attorney General,* and *Clarence W. Sharp, Assistant Attorney General,* on the brief, for appellant.

*Karl G. Feissner, Assigned Public Defender,* with whom were *Feissner, Garrity, Levan & Schimel* and *Edward P. Camus, Public Defender for Prince George's County,* on the brief, for appellee.

PER CURIAM:

We granted a writ of certiorari in this case to review the decision of the Court of Special Appeals in *Ryon v. State,* 29 Md. App. 62, 349 A. 2d 393 (1976), on remand to that court from the Supreme Court of the United States, *Ryon v. Maryland,* 422 U. S. 1054, 95 S. Ct. 2674, 45 L.Ed.2d 705 (1975). With the exception of the dicta contained in footnote

17 of the opinion of the Court of Special Appeals, pertaining to the retroactive application of *Brown v. Illinois*, 422 U. S. 590, 95 S. Ct. 2254, 45 L.Ed.2d 416 (1975), we adopt, in accordance with Maryland Rule 811 d 3, the well-reasoned opinion of Chief Judge Orth (now an Associate Judge of this Court) in that case and affirm the judgment of the Court of Special Appeals.

> *Judgment of the Court of Special Appeals affirmed with costs; mandate to issue forthwith.*